Argued July 12, affirmed July 24, 1968

## STATE OF OREGON, *Respondent, v.*
## WALTER FRED McPHERSON,
### *Appellant.*

444 P. 2d 5

*Allen L. Fallgren,* Hillsboro, argued the cause for appellant. With him on the brief were Brink & Moore, Hillsboro.

*Richard Smurthwaite,* District Attorney, Hillsboro, argued the cause and filed a brief for respondent.

Before Perry, Chief Justice and Sloan and Goodwin, Justices.

PER CURIAM.

In this appeal we are asked to re-examine our decision in *State v. Carlton,* 1963, 233 Or 296, 378 P2d

557, in respect to a thief being charged with receiving and concealing stolen property. We decline to do so. In this case the indictment was charged in the conjunctive. "Proof of any one of the acts charged was sufficient to make out the offense." *State v. Soasey,* 1964, 237 Or 167, 171, 390 P2d 190, 192. There was such proof in the case.

Judgment affirmed.